## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **In re Citigroup Bond**　　Docket No.: **14-202**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **John J Pentz**

Firm:

Address: **19 Widow Rites Lane, Sudbury, MA 01776**

Telephone: **978-261-5725**　　Fax: **978-405-5161**

E-mail: **jjpentz3@gmail.com**

Appearance for: **Appellants Lexie L. Hopson and Michelle B. Hopson**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Vinnie Verdiramo, Verdiramo & Verdiramo** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **April 2010**　　OR

☐ I applied for admission on _____.

Signature of Counsel: **/s/ John J Pentz**

Type or Print Name: **John J Pentz**