# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 04th day of February, two thousand and fourteen,

| | |
|---|---|
| Louisiana Sheriffs' Pension and Relief Fund, On behalf of itself and all others similarly situated, Louisiana Municipal Police Employees' Retirement System, On behalf of itself and all others similarly situated, Minneapolis Firefighters' Relief Association, City of Tallahassee Retirement System, City of Philadelphia Board of Pensions and Retirement, Miami Beach Employees' Retirement Plan, Southeastern Pennsylvania Transit Authority, American European Insurance Company, | ORDER<br>Docket Number: 14-202 |

Plaintiffs - Appellees,

v.

Lexie L. Hopson, Michelle B. Hopson,

Objectors - Appellants,

Citigroup, Inc., Charles Prince, Sallie L. Krawcheck, John C. Gerspach, Sanford I. Weill, C. Michael Armstrong, Alain J.P. Belda, George David, Kenneth T. Derr, John M. Deutch, Robert Hernandez Ramirez, Ann Dibble Jordan, Klaus Kleinfeld, Andrew N. Liveris, Dudley C. Mecum, Anne M. Mulcahy, Richard D. Parsons, Judith Rodin, Robert E. Rubin, Franklin A. Thomas, Citigroup Global Markets Inc., JPMorgan Chase &Co., JPMorgan Chase &Co., Goldman Sachs & Co., UBS Securities LLC, Banc of America Securities LLC, Barclays Capital Inc., Deutsche Bank Securities Inc., SBKBrooks Investment Corp., Utendahl Capital Partners, L.P., Loop Capital Markets LLC, Toussaint Capital Markets, LLC, Credit Suisse Securities (USA) LLC, Greenwich Capital Markets

Inc., Jackson Securities LLC, Williams Capital Group, L.P., Castleoak Securities, L.P., Guzman & Co., Cabrera Capital Markets, LLC, Samuel A. Ramirez & CO., Inc., Muriel Siebert & Co. Inc., ING Belgium, SA, Danske Bank A/S, Fortis Bank NV-SA, KPMG LLP, Citigroup Funding, Inc., Citigroup Capital XIV, Citigroup Capital XV, Citigroup Capital XVI, Citigroup Capital XVII, Citigroup Capital XVIII, Citigroup Capital XIX, Citigroup Capital XXI, Citigroup Capital XXI, Sir Winfried Bischoff, Michael Conway, Gary Crittenden, Scott Freidenrich, James Garnett, James Garnett, Vikram Pandit, Saul Rosen, Robert L. Ryan, Eric L. Wentzel, David Winkler, A.G. Edwards & Sons, Inc., ABN AMRO Inc., Apex Pryor Securities, B.C. Ziegler and Company, Barclays Bank PLC, BBTCapital Markets, Blaylock Robert Van, LLC, BNP Paribas Securities Corp., C.L. King &Associates, Inc., Charles Schwab &Co., Citigroup Global Markets Limited, Comerica Securities Inc., Credit Suisse Securities (Europe) Limited, Crowell, Weedon & Co., D.A. Davidson & Co., Davenport & Company LLC, Doley Securities, LLC, Ferris, Baker, Watts, Inc., Fidelity Capital Markets, Advisors Asset Management, Inc., HRBlock Financial Advisers Inc., HSBC Securities (USA) Inc., ING Belgium, SA, J.J.B. Hilliard, W.L. Lyons, Inc., J.P. Morgan Securities Inc., Janney Montgomery Scott LLC, Jeffries & Company, Inc., Keefe, Bruyette & Woods, Inc., KeyBanc Capital Markets, Melvin Securities, L.L.C., Merrill Lynch, Pierce, Fenner & Smith Inc., Mesirow Financial, Inc., Morgan Keegan &Company, Inc., Morgan Stanley & Co. Inc., nabCapital Securities, LLC, Oppenheimer & CO. Inc., Pershing LLC, Piper Jaffray & Co., Raymond James & Associates, Inc., RBC Capital Markets Corporation, RBC Dain Rauscher Inc., Robert W. Baird & Co. Inc., Ryan Beck & Co., Inc., Sandler O'Neill & Partners, L.P., Stifel, Nicolaus & Company, Inc., Stone & Youngberg LLC, Suntrust Capital Markets, Inc., TD Ameritrade, Inc., TD Securities (USA) LLC, Royal Banc of Scotland plc, UBS Limited, Wachovia Capital Securities, LLC, Wedbush Morgan Securities Inc., Wells Fargo Investments, LLC, William Blair &Company L.L.C.,

Defendants,

Board of Governors of the Federal Reserve System,
Federal Deposit Insurance Corporation,

Intervenors.

_____

  A notice of appeal was filed on January 14, 2014. Appellant's Forms C and D were due January 28, 2014. The case is deemed in default.

  IT IS HEREBY ORDERED that the appeal will be dismissed effective February 18, 2014 if the forms are not filed by that date.

                For The Court:

                Catherine O'Hagan Wolfe,
                Clerk of Court

