# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of February, two thousand and fourteen.

_____

Louisiana Sheriffs' Penson and Relief Fund, *et al.*,

Plaintiffs-Appellees,

v.

Lexie L. Hopson, Michelle B. Hopson,

Objectors-Appellants.

_____

**ORDER**
Docket No. 14-202

The Appellants have filed a motion to dismiss this appeal with prejudice, pursuant to FRAP 42(b), with each party to bear its own costs.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

